# U.S. Bankruptcy Court
## Northern District of New York

In re:

Bankruptcy Case No. **24–31059–5–wak**

**CRUCIBLE INDUSTRIES, LLC**

Debtor

Adversary Proceeding No. **25–50002–5**

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, IN ITS CAPACITY AS REPRESENTATIVE OF THE CHAPTER 11 ESTATE OF CRUCIBLE INDUSTRIES, LLC**

Plaintiff

v.

**KEYBANK NATIONAL ASSOCIATION**
**THE NEW YORK DEVELOPMENT CORPORATION DBA EMPIRE STATE DEVELOPMENT ET. AL.**

Defendant

*SUMMONS IN AN ADVERSARY PROCEEDING*

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

**Address of Clerk**

Clerk, U.S. Bankruptcy Court
Northern District of New York
100 South Clinton Street Suite 315
Syracuse, NY 13261

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney**

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, IN ITS CAPACITY AS REPRESENTATIVE OF THE CHAPTER 11 ESTATE OF CRUCIBLE INDUSTRIES, LLC

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued:
March 10, 2025

**continued caption:**

Cynthia A. Platt, Clerk of Court

CSD 2500A

**Listing Of Defendant Names:**

KEYBANK NATIONAL ASSOCIATION
127 PUBLIC SQUARE
CLEVELAND, OH 44114

THE NEW YORK DEVELOPMENT CORPORATION DBA EMPIRE STATE DEVELOPMENT
633 THIRD AVENUE
NEW YORK, NY 10017

CX INDUSTRIES, LLC
50 PUBLIC SQUARE
SUITE 3300
CLEVELAND, OH 44113